

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00273-CV

**IN THE INTEREST OF E.M.E AND E.D.E.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02152
Honorable Tina Torres, Judge Presiding

# O R D E R

On July 12, 2022, one of Appellant's two attorneys of record filed a motion to withdraw. The following day, appellant filed a pro se motion for an extension of time to file the appellant's brief. On August 9, 2022, appellant's other attorney filed the appellant's brief. Because the motion to withdraw substantially complies with the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 6.5, the motion to withdraw is **granted**. Appellant's pro se motion is **denied as moot**.

It is so **ORDERED** on August 16, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT